Commonwealth ex rel. Boyance, Appellant, *v.* Myers.

Argued September 15, 1966. *Cur-*

*tis R. Reitz,* for appellant; *Charles S. Wilson,* Assistant District Attorney, with him *Ward F. Clark,* District Attorney, for appellee.

Order affirmed.

HOFFMAN, J., absent.